IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TERRENCE MACK BOOTH,**

    Petitioner,

v.                                                                   Civil Action No. **3:20CV746**

**UNKNOWN,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia inmate proceeding pro se, submitted a letter asking for legal advice pertaining to the writ of habeas corpus. (ECF No. 1.) By Memorandum Order entered on October 26, 2020, the Court explained that it cannot provide legal advice to litigants. Nevertheless, the Court provided Petitioner an opportunity to pursue a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and the Clerk mailed him the standardized form. The Court directed Petitioner to complete and return the standardized form for filing a § 2254 petition within twenty (20) days of the entry of the October 26, 2020 Memorandum Order. The Court warned Petitioner that the failure to comply with the terms of the October 26, 2020 Memorandum Order would result in the dismissal of the action. More than twenty (20) days have elapsed and Petitioner has not completed and returned the § 2254 form. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: 12/03/20
Richmond, Virginia